CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL J. MORSE (CABN 291763)
JUAN M. RODRIGUEZ (CABN 313284)
Special Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (213) 894-7367/0304
    FAX: (213) 894-7631
    michael.morsel@usdoj.gov
    juan.rodriguez@usdoj.gov

Attorney for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>BABAK BROUMAND AND<br>MALAMATENIA MAVROMATIS,<br><br>    Defendants. | Case No. CR-21-00162-WHO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA FROM AUGUST 7, 2025 AT 1:30 P.M., TO OCTOBER 23, 2025 at 1:30 P.M. AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; AND [PROPOSED] ORDER** |

## STIPULATION

The parties hereby stipulate that the currently set status conference/change of plea be continued from August 7, 2025, at 1:30 p.m. to October 23, 2025, at 1:30 p.m.

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

1

1. Defendant BABAK BROUMAND is in custody of the Bureau of Prisons in Alabama after being convicted at jury trial in the related case of *United States v. Broumand*, 20-224-RGK(A).

2. The government has produced over 60,000 pages of discovery to defendant MAVROMATIS, which primarily consists of business records, including bank, credit card, mortgage broker, title company, and escrow company records, tax returns, and witness interview reports.

3. On March 24, 2022, the government obtained a superseding indictment in this case adding defendant MAVROMATIS, who first appeared in this case on April 19, 2022, in which she was charged with two counts of False Statements on a Loan Application in violation of 18 U.S.C. § 1014 (Counts Four and Six). Prior to defendant MAVROMATIS's indictment, co-defendant BABAK BROUMAND had already been charged.

4. The parties have reached an agreement on a proposed resolution for both defendant Broumand and defendant Mavromatis. The government will email the plea agreement to Chambers promptly after the filing of this stipulation. The government will be recommending diversion for defendant Mavromatis; Pretrial services has conducted an evaluation and concurs in the recommendation of diversion. Defendant Mavromatis will be agreeing to diversion pursuant to yet unfiled charging document—a First Superseding Information. The government needs additional time to file this charging document and schedule a hearing before a magistrate judge so defendant Mavromatis can be arraigned on the First Superseding Information. Accordingly, in addition to the reasons outline below, the government and defense counsel agree that time is excludable because of the Court's

"consideration…of [the] proposed plea agreement to be entered into by the [parties]." 18 U.S.C. § 3161(h)(1)(G).

6. Therefore, the parties stipulate and agree that excluding time until October 23, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 7, 2025, through October 23, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

7. Accordingly, the parties ask that the Court to continue the status conference/change of plea to October 23, 2025, since that is the date the parties are soonest available that provides sufficient time for the First Superseding Information to be filed and the arraignment to held, as referenced above.

8. The parties represent that they will not seek a further continuance of this date.

9. The undersigned Assistant United States Attorneys certify that they have obtained approval from all counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 4, 2025            /s/ *Juan M. Rodriguez*
                                 MICHAEL J. MORSE
                                 JUAN M. RODRIGUEZ
                                 Special Assistant United States Attorney


DATED: August 4, 2025            /s/ *Steven F. Gruel*
                                 STEVEN F. GRUEL
                                 Counsel for Defendant BROUMAND


DATED: August 4, 2025            /s/ *Paul H. Nathan*
                                 PAUL H. NATHAN
                                 Counsel for Defendant MAVROMATIS

# [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court hereby continues the status conference from August 7, 2025, at 1:30 p.m. to October 23, 2025, at 1:30 p.m.

Furthermore, the Court finds that failing to exclude the time from August 7, 2025, through October 23, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 7, 2025, through October 23, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.  Therefore, and with the consent of the parties,

IT IS HEREBY ORDERED that the time from August 7, 2025, to October 23, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(1)(G), (h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____
HONORABLE WILLIAM H. ORRICK
United States District Court

STIPULATION AND [PROPOSED] ORDER
*United States v. Broumand, et al;*
Case No. CR-21-00162-WHO

4