UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** December 11, 2025    **Time:** 23 minutes    **Judge:** WILLIAM H. ORRICK
1:27 p.m. to 1:50 p.m.

**Case No.:** 21-cr-00162-WHO    **Case Name:** UNITED STATES v. Broumand, et al.

**Attorney for Plaintiff:** Kevin Barry
**Attorneys for Defendants:** Steven Gruel for **Babak Broumand**
Paul Nathan for **Malamatenia Mavromatis**
*(Defendants present, out of custody)*

**Deputy Clerk:** Jean Davis    **Reported by:** Lee-Anne Shortridge
**Interpreter:** n/a    **Probation Officer:** n/a

### PROCEEDINGS

Parties appear for change of plea hearing as to Mr. Broumand and approval of a diversion agreement as to Ms. Mavromatis.

Mr. Broumand is sworn. A written plea agreement is executed and filed in open court. Mr. Broumand is sworn, queried as to his background, physical and mental condition, and understanding of proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offenses associated with the offense.

The Government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and confirms that there is a factual basis for the plea.

**Defendant pleads GUILTY to Count 7 of the Superseding Indictment** (remaining counts to be dismissed by the government at sentencing). The Court accepts the plea as knowing, voluntary, and supported by an independent basis in fact. Mr. Broumand is adjudicated guilty.

The matter is referred to the U.S. Probation Office for preparation of a Presentence Report. Sentencing is set for April 16, 2026.

The government has agreed to a diversion program for **Ms. Mavromatis** by which she will complete a **1-year** period of pretrial supervision under the terms imposed by Judge Hixson on April 25, 2022, as modified by the Diversion Agreement entered into between the government and the defendant. Specifically, travel related to Ms. Mavromatis's employment is permitted without approval of the Pretrial Services Officer for each instance, so long as that travel is within the United States.

Upon successful completion of the diversion period the Government will move the Court for dismissal of all charges.

**CASE CONTINUED TO: April 16, 2026 at 1:30 p.m. for Sentencing**